IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00659-M

| | |
|---|---|
| DENNIS WILLIAMS EL and EMPRESS DAGMAR WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES FLOYD AMMONS, JR., *in his official capacity as Senior Resident Superior Court Judge*, et al., <br><br> Defendants. | ORDER |

This matter comes before the court on Plaintiffs' pro se Motion for Preliminary Injunction [DE 6]. This court may issue a preliminary injunction "only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1). Plaintiffs have not yet provided proof of service on Defendants, who in turn have not yet entered notices of appearance. Therefore, Plaintiffs' motion [DE 6] is DENIED WITHOUT PREJUDICE. They may refile the motion after complying with the service requirements in Rules 4 and 5 of the Federal Rules of Civil Procedure

SO ORDERED this 23d day of October, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE